# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:**<br>**WILLIAM P. IRWIN**<br><br>　　　　　　**Debtor.**<br><br>**THOMAS H. OHANIAN,**<br>　　　　　　**Appellant**,<br>　　　　v.<br>**WILLIAM P. IRWIN,**<br>　　　　　　**Appellee**. | **DISTRICT COURT CASE**<br>**NO. CIV-F-05-0940 AWI**<br><br>**BANKRUPTCY COURT CASE**<br>**NO. 04-19318-A-7**<br><br>**ORDER SETTING REVISED**<br>**BRIEFING SCHEDULE** |

On July 11, 2005, the bankruptcy court granted a motion to avoid judicial liens on a subject property. Appellant Ohanian filed an appeal, which was assigned to the district court (the present appeal). After some delay, the Certificate of Record was filed in the district court on February 6, 2006. The clerk's office issued a briefing schedule on February 10, 2006, specifying that appellant's brief must be filed by February 21, 2006. Meanwhile, the bankruptcy court granted a motion to compel abandonment of the subject property on January 13, 2006. Appellant Ohanian has represented that he filed an appeal of that order on January 23, 2006. The bankruptcy clerk's office has confirmed that the appeal was sent to the district court clerk's office in January. It appears the paperwork has been temporarily misplaced as no such appeal yet

appears in the district court's records. The clerk's offices are working to have the appeal properly filed.

Appellant Ohanian seeks to consolidate the two appeals or have them briefed together as they cover similar issues as related to the same piece of subject property. Further, the bankruptcy court's July 11, 2005 order to avoid judicial liens (and allow sale of the subject property) has been temporarily stayed until February 28, 2006; a hearing on a more permanent stay is to be held on February 27, 2006. Denial of the stay would allow a sale of the subject property and moot both appeals. Appellee Irwin has represented that he does not oppose a revised briefing schedule. Once the appeal of the January 13, 2006 bankruptcy order has been properly filed and docketed, the parties may seek to consolidate the two appeals. In order to conserve the resources of all parties, the briefing schedule is revised to allow the possibility of concurrent briefing of the two matters.

Accordingly, it is ORDERED:

Appellant's opening brief must be filed by 4 p.m., March 22, 2006.

Appellee's opening brief must be filed by 4 p.m., April 7, 2006.

Appellant's reply brief must be filed by 4 p.m., April 18, 2006.

IT IS SO ORDERED.

**Dated:   February 15, 2006**            _____/s/ Anthony W. Ishii_____
0m8i78                                   UNITED STATES DISTRICT JUDGE