IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:**<br>**WILLIAM P. IRWIN**<br><br>            **Debtor.**<br>_____<br>**THOMAS H. OHANIAN,**<br><br>            **Appellant**,<br><br>     v.<br><br>**WILLIAM P. IRWIN,**<br><br>            **Appellee**.<br>_____ | DISTRICT COURT CASE<br>NO. CIV-F-05-0940 AWI<br><br>BANKRUPTCY COURT CASE<br>NO. 04-19318-A-7<br><br>ORDER VACATING HEARING<br>DATE OF OCTOBER 10, 2006<br>AND TAKING MATTER<br>UNDER SUBMISSION |

   Appellee has made a motion to dismiss the appeal as moot. Appellant filed a timely opposition. Appellee has not filed a timely reply. The hearing for this motion was set for 1:30 PM, Tuesday, October 10, 2006. The court has reviewed the papers filed and has determined that oral argument would not be productive at this time. See Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 10, 2006, is VACATED, and no party shall appear at that time. As of October 10, 2006, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   October 3, 2006**                          /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE