1

2

3

4

5

6

7         **IN THE UNITED STATES DISTRICT COURT FOR THE**

8              **EASTERN DISTRICT OF CALIFORNIA**

9

10   **In re:**                              )        **DISTRICT COURT CASE**
     **WILLIAM P. IRWIN**                    )        **NO. CIV-F-05-0940 AWI**
                                             )
11              **Debtor.**                  )        **BANKRUPTCY COURT CASE**
                                             )        **NO. 04-19318-A-7**
12   _____ )
                                             )
     **THOMAS H. OHANIAN,**                  )        **ORDER CORRECTING THE**
13                                           )        **OCTOBER 5, 2006 ORDER**
                **Appellant**,              )        **VACATING HEARING DATE**
14                                           )        **AND TAKING MATTER**
           **v.**                            )        **UNDER SUBMISSION**
15                                           )
     **WILLIAM P. IRWIN,**                   )
16                                           )
                **Appellee**.               )
17   _____ )

18

19       In the October 5, 2006 Order (Doc. 47), the court accidentally stated that Appellee did not

20   file a timely reply.  Appellee did in fact file a timely reply and two accompanying documents.

21   These papers will be considered in resolving Appellee's motion to dismiss the appeal as moot.

22   The October 5, 2006 Order is corrected nunc pro tunc to read "Appellee has filed a timely reply"

23   instead of "Appellee has not filed a timely reply."

24

25   IT IS SO ORDERED.

26   **Dated:    October 10, 2006**              _____/s/ Anthony W. Ishii_____
     0m8i78                                      UNITED STATES DISTRICT JUDGE
27

28